## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: DANIEL SARTORI             §      Case No. 11-82067
      SUSAN SARTORI              §
                              §
         Debtors             §

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 05/04/2011.

2)  The plan was confirmed on 01/11/2012.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 04/27/2012, 09/07/2012, 03/08/2013, 04/19/2013.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2012, 08/02/2013.

5)  The case was dismissed on 10/11/2013.

6)  Number of months from filing or conversion to last payment: 28.

7)  Number of months case was pending: 31.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $36,102.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 17,049.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 17,049.00 |

## Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 900.88 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,400.88 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTY BERNARD NATALE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Uns | 3,327.00 | NA | NA | 0.00 | 0.00 |
| CANDLEWICK LAKE ASSOCIATION | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE LLC | Sec | 15,519.00 | 23,258.86 | 1,507.14 | 1,507.14 | 0.00 |
| HUDSON & KEYSE LLC | Uns | 8,179.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 76,507.35 | 3,150.00 | 3,150.00 | 1,329.67 | 265.41 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 73,357.35 | 73,357.35 | 174.73 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 37,514.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 6,977.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,337.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL | Sec | 14,384.00 | 15,370.02 | 14,384.00 | 6,791.09 | 2,580.08 |
| NATIONAL CAPITAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 53,758.70 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 21,200.23 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 241.58 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 11,790.81 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 157.50 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL / HOUSEHOLD | Uns | 17,322.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASH JAR | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| CASH ON WHEELS INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,500.00 | 1,693.83 | 1,693.83 | 0.00 | 0.00 |
| CASHCALL INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA - ILLINOIS PC | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 5,029.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 3,310.00 | NA | NA | 0.00 | 0.00 |
| DISCOUNT ADVANCES LOAN | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| DISCOUNT ADVANCES LOAN | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Uns | 750.00 | 1,122.50 | 1,122.50 | 0.00 | 0.00 |
| FIRST MERIT BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 961.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY HERBERT I GREENE | Uns | 800.00 | 3,610.29 | 3,610.29 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,337.00 | 1,511.08 | 1,511.08 | 0.00 | 0.00 |
| INTERNATIONAL CASE ADVANCE | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| MANHATTAN PROCESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 297.00 | 251.96 | 251.96 | 0.00 | 0.00 |
| NICOR GAS | Uns | 293.00 | 284.64 | 284.64 | 0.00 | 0.00 |
| PAYDAY MAX | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY MAX | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY MAX | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PLAIN GREEN LOANS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Uns | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 389.38 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL | Uns | 388.00 | 394.06 | 394.06 | 0.00 | 0.00 |
| SURE ADVANCE LLC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| USA FAST CASH.NET | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| VISA GROUP | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 2,715.22 | 2,715.22 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FRONTIER COMMUNICATIONS | Uns | 0.00 | 358.91 | 358.91 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 0.00 | 422.43 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Sec | 0.00 | 14,584.29 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,507.14 | $ 1,507.14 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,384.00 | $ 6,791.09 | $ 2,580.08 |
| All Other Secured | $ 3,150.00 | $ 1,329.67 | $ 265.41 |
| **TOTAL SECURED:** | $ 19,041.14 | $ 9,627.90 | $ 2,845.49 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 85,549.84 | $ 174.73 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,400.88 |
| Disbursements to Creditors | $ 12,648.12 |
| **TOTAL DISBURSEMENTS:** | $ 17,049.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>12/27/2013</u>                By:  <u>/s/ Lydia S. Meyer</u>
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**